```
RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BETHANY WANG BALCHUNAS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Bethany_WangBalchunas@fd.org
```

Attorney for Chelsee Kimberlyn Fane

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHELSEE KIMBERLYN FANE,<br><br>　　　　　Defendant. | Case No. 2:24-mj-00494-BNW<br><br>**STIPULATION TO CONTINUE BENCH TRIAL AND SET PRETRIAL MOTION DEADLINES**<br>(Fifth Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED that the bench trial currently scheduled on December 17, 2025, at the hour of 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days. Additionally, in anticipation of motion practice, defense counsel requests that the Court set pretrial motion deadlines. Counsel for the government does not object.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　The parties have exchanged discovery and plea offers and have been unable to resolve this case through negotiation.

　　　　2.　　The defendant is out of custody and agrees with the need for the continuance.

　　　　3.　　The parties agree to the continuance.

4.     The additional time requested herein is not sought for purposes of delay, but merely to allow sufficient time for pretrial motion practice and trial preparation, as well as to accommodate government counsel's upcoming trial schedule.

This is the fifth request for a continuance of the bench trial.

DATED this 11th day of December 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Deputy Attorney General of the United States |
| /s/ Bethany Wang Balchunas<br>By_____<br>BETHANY WANG BALCHUNAS<br>Assistant Federal Public Defender | /s/ Skyler Pearson<br>By_____<br>SKYLER PEARSON<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHELSEE KIMBERLYN FANE,<br><br>　　　　Defendant. | Case No. 2:24-mj-00494-BNW<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties have exchanged discovery and plea offers and have been unable to resolve this case through negotiation.

2. The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow sufficient time for pretrial motion practice and trial preparation, as well as to accommodate government counsel's upcoming trial schedule.

### CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(7)(A), when considering the facts under Title 18, United States Code, §§ 316(h)(7)(B) and 3161(h)(7)(B)(iv).

**ORDER**

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, December 17, 2025, at the hour of 9:00 a.m., be vacated and continued to April 1, 2026 at 9:00 a.m.

IT IS FURTHER ORDERED that any pretrial motions shall be filed no later than February 11, 2026. Any responses shall be filed no later than February 25, 2026. Any replies shall be filed no later than March 11, 2026.

DATED this 12th day of December 2025.

_____
UNITED STATES MAGISTRATE JUDGE

4