RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BETHANY WANG BALCHUNAS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Bethany_WangBalchunas@fd.org


Attorney for Chelsee Kimberlyn Fane

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00494-BNW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS** |
| CHELSEE KIMBERLYN FANE, | (First Request) |
| Defendant. | |

The parties, through undersigned counsel, hereby stipulate and jointly request that this Court grant a ten-day extension of the pretrial motion briefing deadlines in this matter. This is the first request for a continuance of the pretrial motion deadlines.

On February 10, 2026, defense counsel met and conferred with counsel for the government regarding Ms. Fane's anticipated motions. As a result of this conference, undersigned counsel believe that additional time to attempt to resolve this case through negotiation would be beneficial.

Accordingly, the parties respectfully request that the Court approve this stipulation and amended the briefing schedule as follows: the deadline for filing pretrial motions is extended from February 11, 2026, to February 20, 2026; the deadline for filing any responses is extended

from February 25, 2026, to March 6, 2026; and the deadline for filing any replies is extended from March 11, 2026, to March 20, 2026.

This request is made in good faith and not for the purpose of delay.

DATED this 11th day of February 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the United States

*/s/ Bethany Wang Balchunas*
By_____
BETHANY WANG BALCHUNAS
Assistant Federal Public Defender

*/s/ Skyler Pearson*
By_____
SKYLER PEARSON
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   February 12, 2026

2