**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHELSEE KIMBERLYN FANE,<br>Defendant. | Case No. 2:24-mj-00494-BNW<br><u>PROPOSED ORDER</u> |

The Court finds that Ms. Fane has satisfied the obligations of her sentence.

IT IS THEREFORE ORDERED that the status conference set for August 19, 2026, at 9:30 a.m. is vacated.

DATED this <u>18th</u> day of August, 2026.

UNITED STATES MAGISTRATE JUDGE